**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 06-1407

───────────────

MELTON SUMMERVILLE,

Plaintiff - Appellant,

versus

DUKE UNIVERSITY,

Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. William L. Osteen, District Judge. (1:05-cv-00223-WLO)

───────────────

Submitted: October 18, 2006      Decided: November 1, 2006

───────────────

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Melton Summerville, Appellant Pro Se. Charles Matthew Keen, Tracie Marie Shere, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., Raleigh, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Melton Summerville appeals the district court's order granting the Defendant's motion to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Summerville v. Duke Univ.</u>, No. 1:05-cv-00223-WLO (M.D.N.C. Mar. 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>